JEFFREY H. WOOD
Acting Assistant Attorney General
ERIC GRANT (CA Bar No. 151064)
Deputy Assistant Attorney General
JUSTIN HEMINGER (DC Bar. No. 974809)
STACY STOLLER (DC Bar No. 475035)
PETER J. McVEIGH (VA Bar No. 73211)
(202) 514-4642
peter.mcveigh@usdoj.gov
Attorneys
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue N.W., Room 2630
Washington, D.C. 20530

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Civil Chief, Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700
david.shelledy@usdoj.gov

Counsel for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; and CALIFORNIA STATE LANDS COMMISSION, an agency of the State of California,<br><br>Defendants. | No. 2:18-cv-721-WBS-DB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND VACATING STATUS CONFERENCE** |

In accordance with the agreed scheduling proposal outlined in the Joint Status Report and Discovery Plan filed concurrently herewith, Plaintiff United States of America and Defendants State of California and California State Lands Commission (collectively, "the Parties") hereby stipulate to a briefing schedule and hearing date pursuant to Local Rule 143. As explained in the Joint Status Report and Discovery Plan, the Parties believe that this case can and should be decided on cross-motions for summary judgment, that no trial will be needed, and that discovery and motion practice should be expedited to avoid the need for a motion for preliminary injunction.

Accordingly, the Parties further stipulate pursuant to Local Rule 143 to the following briefing schedule and hearing date for cross-motions for summary judgment:

- United States' Motion for Summary Judgment: August 13, 2018
- Defendants' Memorandum in Opposition/Cross-Motion: September 4, 2018
- United States' Memorandum in Opposition/Reply Memorandum: September 24, 2018
- Defendants' Reply Memorandum: October 1, 2018
- Hearing Date: October 15, 2018

In addition, the parties stipulate that the status conference set for August 13, 2018, by the Court's order of April 2, 2018 [Doc. 3], is vacated

Dated: July 12, 2018.

Respectfully submitted,

/s/ Peter J. McVeigh
JEFFREY H. WOOD
Acting Assistant Attorney General
ERIC GRANT
Deputy Assistant Attorney General
JUSTIN HEMINGER
STACY STOLLER
PETER J. McVEIGH
Attorneys
Environment and Natural Resources Division
U.S. Department of Justice

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Civil Chief, Assistant United States Attorney

Counsel for Plaintiff United States of America

Dated: July 12, 2018

/s/ John Killeen (as authorized on July 12, 2018)
XAVIER BECERRA
Attorney General of California
JAMEE JORDAN PATTERSON
Supervising Deputy Attorney General
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
ANDREW M. VOGEL
Deputy Attorney General

JOHN W. KILLEEN
Deputy Attorney General
Attorneys for the State Defendants

IT IS SO ORDERED.

Dated: July 12, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE