JEFFREY H. WOOD
Acting Assistant Attorney General
ERIC GRANT (CA Bar No. 151064)
Deputy Assistant Attorney General
JUSTIN HEMINGER (DC Bar. No. 974809)
STACY STOLLER (DC Bar No. 475035)
PETER J. McVEIGH (VA Bar No. 73211)
(202) 514-4642
peter.mcveigh@usdoj.gov
Attorneys
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue N.W., Room 2630
Washington, D.C. 20530

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Civil Chief, Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700
david.shelledy@usdoj.gov

Counsel for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA; and CALIFORNIA STATE LANDS COMMISSION, an agency of the State of California,<br><br>    Defendants. | No. 2:18-cv-721-WBS-DB<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff United States of America and Defendants State of California and California State Lands Commission ("the parties") hereby respectfully submit the following stipulation and proposed order pursuant to Local Rule 143. If entered by the Court, this stipulation would modify the briefing schedule and hearing date for cross-motions for summary judgment established by the Court's order of July 14, 2018 (Doc. 14). Under the revised schedule, summary judgment briefing would commence on August 16, rather than August 13, and the hearing date would be moved from October 15 to October 29.

The Court's order of July 14, 2018, established the following briefing schedule and hearing date in accordance with the parties' stipulation (Doc. 13) and Joint Status Report and Discovery Plan (Doc. 12):

- United States' Motion for Summary Judgment: August 13, 2018
- Defendants' Memorandum in Opposition/Cross-Motion: September 4, 2018
- United States' Memorandum in Opposition/Reply Memorandum: September 24, 2018
- Defendants' Reply Memorandum: October 1, 2018
- Hearing Date: October 15, 2018

In the Joint Status Report and Discovery Plan, the parties agreed to a discovery cut-off date of August 1, 2018, except that depositions of fact or expert witnesses submitting declarations could be conducted during briefing of the parties' cross-motions for summary judgment. Doc. 12 at 4-5.

In light of the parties' review of discovery responses to date (including document production more extensive than expected) and the potential need to review documents to be provided under a protective order (pursuant to the stipulation submitted for Court approval on July 27 (Doc. 15)), the parties request an extension of the briefing schedule to provide additional time for review of discovery materials and for depositions during briefing. The Parties therefore stipulate to, and respectfully ask that the Court approve, the following revised briefing schedule and hearing date:

- United States' Motion for Summary Judgment: August 16, 2018
- Defendants' Memorandum in Opposition/Cross-Motion: September 13, 2018

- United States' Memorandum in Opposition/Reply Memorandum: October 9, 2018
- Defendants' Reply Memorandum: October 16, 2018
- Hearing Date: October 29, 2018

Dated: August 1, 2018.

Respectfully submitted,

/s/ Peter J. McVeigh
JEFFREY H. WOOD
Acting Assistant Attorney General
ERIC GRANT
Deputy Assistant Attorney General
JUSTIN HEMINGER
STACY STOLLER
PETER J. McVEIGH
Attorneys
Environment and Natural Resources Division
U.S. Department of Justice

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Civil Chief, Assistant United States Attorney

Counsel for Plaintiff United States of America

Dated: August 1, 2018

/s/ John Killeen (as authorized on Aug.1, 2018)
XAVIER BECERRA
Attorney General of California
JAMEE JORDAN PATTERSON
Supervising Deputy Attorney General
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
ANDREW M. VOGEL
Deputy Attorney General


JOHN W. KILLEEN
Deputy Attorney General
Attorneys for the State Defendants

IT IS SO ORDERED.

Dated: August 2, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE