| | |
|---|---|
| 1 | XAVIER BECERRA |
| | Attorney General of California |
| 2 | JAMEE JORDAN PATTERSON |
| | Supervising Deputy Attorney General |
| 3 | BENJAMIN M. GLICKMAN |
| | Supervising Deputy Attorney General |
| 4 | ANDREW M. VOGEL, State Bar No. 187312 |
| | Deputy Attorney General |
| 5 | JOHN W. KILLEEN, State Bar No. 258395 |
| | Deputy Attorney General |
| 6 |   1300 I Street, Suite 125 |
| |   P.O. Box 944255 |
| 7 |   Sacramento, CA 94244-2550 |
| |   Telephone: (916) 210-6045 |
| 8 |   Fax: (916) 324-8835 |
| |   E-mail: John.Killeen@doj.ca.gov |
| 9 | *Attorneys for the State Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 2:18-CV-00721-WBS-DB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| **STATE OF CALIFORNIA; and CALIFORNIA STATE LANDS COMMISSION, an agency of the State of California,** | |
| Defendants. | |

Plaintiff United States of America and Defendants State of California and California State Lands Commission ("the parties") hereby respectfully submit the following stipulation and proposed order pursuant to Local Rule 143. If entered by the Court, this stipulation would modify the briefing schedule for cross-motions for summary judgment established by the Court's order of August 2, 2018 (Doc. 17). Under the revised schedule, the remaining deadlines for summary judgment briefing would be adjusted by several days. The hearing date would not be changed.

The Court's order of August 2, 2018, established the following briefing schedule and hearing date in accordance with the parties' stipulation:

- United States' Motion for Summary Judgment: August 16, 2018
- Defendants' Memorandum in Opposition/Cross-Motion: September 13, 2018
- United States' Memorandum in Opposition/Reply Memorandum: October 9, 2018
- Defendants' Reply Memorandum: October 16, 2018
- Hearing Date: October 29, 2018

In the parties' Joint Status Report and Discovery Plan (Doc. 12), they provided for a procedure under which depositions of fact or expert witnesses submitting declarations could be conducted during briefing of the parties' cross-motions for summary judgment. Because of the number of declarations submitted by the United States in support of its motion for summary judgment, and the corresponding time it took for Defendants to depose these declarants, Defendants requested, and the United States stipulated to, a modified briefing schedule. The parties now respectfully ask that the Court approve the following revised briefing schedule:

- United States' Motion for Summary Judgment: August 16, 2018 (*unchanged*)
- Defendants' Memorandum in Opposition/Cross-Motion: September 17, 2018
- United States' Memorandum in Opposition/Reply Memorandum: October 12, 2018
- Defendants' Reply Memorandum: October 16, 2018 (*unchanged*)
- Hearing Date: October 29, 2018 (*unchanged*)

IT IS SO STIPULATED.

Dated: September 4, 2018

XAVIER BECERRA
Attorney General of California
JAMEE JORDAN PATTERSON
Supervising Deputy Attorney General
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
ANDREW M. VOGEL
Deputy Attorney General

*/s/ John Killeen*
JOHN W. KILLEEN
Deputy Attorney General
*Attorneys for the State Defendants*

Dated: September 4, 2018

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Stacy Stoller (signature used by permission granted September 4, 2018)*
ERIC GRANT
Deputy Assistant Attorney General
JUSTIN HEMINGER
STACY STOLLER
PETER MCVEIGH
Attorneys

MCGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Civil Chief, Assistant United States Attorney
*Counsel for Plaintiff United States of America*

IT IS SO ORDERED.

Dated: September 4, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2018101006
13051945.docx